STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSEPH WILLIAMS, JR., DEFENDANT-APPELLANT.

Argued December 6, 1971—Decided December 13, 1971.

*Mr. Stanley R. Bright* argued the cause for appellant.

*Mr. David S. Baime,* Assistant Prosecutor, argued the cause for respondent (*Mr. Joseph P. Lordi,* Essex County Prosecutor, attorney).

PER CURIAM. The judgment of the Appellate Division is affirmed for the reasons expressed in the majority opinion. (117 *N. J. Super.* 372)

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and MOUNTAIN—7.

*For reversal*—None.